U.S. Department of Justice  
Washington, D.C.

Criminal Docket  
Presented in Corpus Christi

Corpus Christi Division

Magistrate No.: N/A

File: INDICTMENT

CR. No.: C-17-189

Filed: March 22, 2017

County: Nueces

LIONS #: 2015R11877

Judge: **JUDGE JOHN D. RAINEY**

Attorneys:

United States of America

v.

ABE MARTINEZ, ACTING U.S. ATTORNEY  
ROBERT D. THORPE, JR., ASST. U.S. ATTORNEY  
**GRAND JURY ACTION          APP'D   RET**

**PLEASE INITIAL**

ELIAS TREVINO  
  AKA "A MAN: ELI"  
VANESA GONZALES  
  AKA VANESA TREVINO  
  AKA "A WOMAN: VANE"

| TRUE BILL: | |
|---|---|
| NO BILL: | |

Charge(s): Ct 1, 4, 5, 6: (Both Defendants) Did knowingly and intentionally possess with intent to distribute Sibutramine: 21 USC 841(a)(1) and 841(b)(2).
Ct 2, 3: (Both Defendants) Did knowingly and with intent to defraud or mislead, introduce or cause the introduction of misbranded drugs into interstate or foreign commerce: 21 USC 331(a) and 333(a)(2).
Ct 7, 8, 9, 10: (Both Defendants) Did introduce or cause the introduction of misbranded drugs into interstate or foreign commerce: 21 USC 331(a) and 333(a)(1).
Ct 11, 12, 13, 14, 15: (Both Defendants) Did receive in interstate commerce a drug that was misbranded and deliver of proffer delivery thereof for pay or otherwise: 21 USC 331(c) and 331(a)(1).

Penalty: Ct 1, 4, 5, 6: Not more than 5 years imprisonment, or a fine not to exceed $250,000, or both; not more than 1 year SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the court.
Ct 2, 3: Not more than 3 years imprisonment, or a fine not to exceed $10,000.00, or both; not more than 1 year SRT; and, a $100 Special Assessment.

Ct 7, 8, 9, 10: Not more than 1 year imprisonment, or a fine not to exceed $1,000.00, or both; not more than 1 year SRT; and, a $100 Special Assessment.

Ct 11, 12, 13, 14, 15: Not more than 1 year imprisonment, or a fine not to exceed $1,000.00, or both; not more than 1 year SRT; and, a $100 Special Assessment.

In Jail: _____

On Bond: _____

No Arrest: Arrest Warrant to be filed